UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRYL WHITING, | ) | 1:10-CV-01719 GSA HC |
| | ) | |
| Petitioner, | ) | ORDER CONSTRUING PETITIONER'S |
| | ) | DECLARATION AS MOTION FOR |
| v. | ) | RECONSIDERATION |
| | ) | [Doc. #7] |
| HECTOR RIOS, JR., | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| Respondent. | ) | MOTION FOR RECONSIDERATION |
| | ) | [Doc. #7] |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He has consented to the exercise of magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).

On October 5, 2010, the undersigned issued an order dismissing the petition for lack of jurisdiction. The Clerk of Court entered judgment on the same date.

On October 18, 2010, Petitioner filed a declaration in which he requests reconsideration of the order dismissing his petition. The Court will CONSTRUE Petitioner's declaration as a motion for reconsideration pursuant to Federal Rules of Civil Procedure § 60(b).

Rule 60(b) of the Federal Rules of Civil Procedure provides:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
> (1) mistake, inadvertence, surprise, or excusable neglect;

| | |
|---|---|
| 1 | (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); |
| 2 | (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; |
| 3 | (4) the judgment is void; |
| 4 | (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or |
| 5 | (6) any other reason that justifies relief. |

Petitioner fails to meet this standard. Petitioner does not set forth any arguments or evidence that have not already been considered by this Court. Petitioner's arguments present no basis for relief.

Accordingly, Petitioner's declaration is CONSTRUED as a motion for reconsideration, and the motion for reconsideration is DENIED.

IT IS SO ORDERED.

Dated:   **October 27, 2010**               /s/ **Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE